IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE HUTCHESON, et al, <br> Plaintiff, | § § § § § § § § | |
| VS. | | CIVIL ACTION NO. 3:17-CV-2021-D |
| DALLAS COUNTY, et al., <br> Defendants, | | |

### AFFIDAVIT OF ELIZABETH LUTTON, RECORDS CUSTODIAN OF THE DALLAS COUNTY SHERIFF'S DEPARTMENT

Before me, the undersigned authority, personally appeared **ELIZABETH LUTTON, Records Custodian of the Dallas County Sheriff's Department,** who being by me duly sworn, deposed and stated as follows:

My name is **ELIZABETH LUTTON**. I am over eighteen years of age, of sound mind, capable of making this affidavit, and I am personally acquainted with the facts herein stated:

I am a custodian of the records of the **Dallas County Sheriff's Department ("DCSD")**. Attached hereto is a video recording of the alleged incident made the basis of the above referenced suit and described as follows:

**Lew Sterrett Justice Center Lobby Camera Video dated August 1, 2015 involving Joseph Hutcheson, the Plaintiffs' decedent, in the above referenced suit.**

This video recording is kept by **DCSD** in the regular course of business, and it was the regular course of business of **DCSD** for an employee or representative of **DCSD**, with knowledge of the act, event, or condition, recorded to make the video record or to transmit information thereof to be included in such records; and the records are made at or near the time or reasonably soon thereafter. The video recording attached hereto is the original video recording or an exact duplicate of the original video recording of the Dallas County Sheriff's Department.

ELIZABETH LUTTON, AFFIANT

SWORN AND SUBSCRIBED TO before me on this the 2nd day of May, 2018

NOTARY PUBLIC IN AND FOR

[SEAL]

Jeanette F Christman
My Commission Expires
02/28/2022
ID No. 1677983

DEFENDANT'S EXHIBIT 2