IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE HUTCHESON, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:17-cv-2021-BN |
| | § | |
| DALLAS COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed today, the

Court GRANTS the motion to dismiss and converted motion for summary judgment as

to qualified immunity [Dkt. No. 41] and therefore DISMISSES this action with

prejudice and VACATES its previous order referring it to mediation [Dkt. No. 35].

DATED: April 7, 2020

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE